Case 1:25-cv-04097-DG-PK Document 11-2 Filed 02/13/26 Page 1 of 3 PageID #: 56

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
– – – – – – – – – – – – – – – – – – – – – X

UNITED STATES OF AMERICA,

Plaintiff,

-against-

ANY AND ALL VIRTUAL CURRENCY ON DEPOSIT IN A XAPO, INC. ACCOUNT WITH USER ID 9488645, WALLET ID: 15891718 WITH WALLET ADDRESS: 3AfXiK8errg2WffF4PCwKkPUwMVQfcB9GK, HELD IN THE NAME OF ERNESTO PLAZA VERNAZA, WITH ASSOCIATED EMAIL ADDRESS ernestoplazavernaza07@gmail.com, AND ALL PROCEEDS TRACEABLE THERETO,

Defendant *in rem*.
– – – – – – – – – – – – – – – – – – – – – X

DEFAULT JUDGMENT AND DECREE OF FORFEITURE AND ORDER FOR DELIVERY

Civil Action No. 25-4097 (DG)

WHEREAS, Plaintiff United States of America commenced the above-captioned action by filing a Verified Complaint *in rem* on or about July 25, 2025, seeking the forfeiture, pursuant to 21 U.S.C. §881(a)(6) and 18 U.S.C. § 981(a)(1)(A), of the defendant *in rem*, to wit, any and all virtual currency on deposit in a XAPO, Inc. account with user ID 9488645, Wallet ID: 15891718 with Wallet address 3AfXiK8errg2WffF4PCwKkPUwMVQfcB9GK, held in the name of Ernesto Plaza Vernaza, with associated email address ernestoplazavernaza07@gmail.com, and all proceeds traceable thereto (hereinafter, the "Defendant Account");

WHEREAS, this Court issued a Warrant for the Arrest of Articles *in rem* on or about August 1, 2025, authorizing the retention of the Defendant Account;

WHEREAS, notice of this action was published on an official internet government forfeiture website, www.forfeiture.gov, for at least thirty (30) consecutive days, beginning on September 10, 2025, and ending on October 9, 2025, in accordance with Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (the "Supplemental Rules");

WHEREAS, no one has filed a claim to the Defendant Account, or has sought additional time in which to do so, and the time to do so has expired; and

WHEREAS, on January 23, 2026, the Clerk of the United States District Court for the Eastern District of New York entered a Certificate of Default in this action.

UPON the Declaration of Michael J. Castiglione, Assistant United States Attorney, dated February 13, 2026, the Certificate of Default, and upon all papers filed and proceedings had herein, and pursuant to 21 U.S.C. §881(a)(6) and 18 U.S.C. § 981(a)(1)(A), and upon the application of the United States;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 21 U.S.C. §881(a)(6) and 18 U.S.C. § 981(a)(1)(A), the Defendant Account is hereby forfeited and condemned to the use and benefit of the United States for the reasons set forth in the Complaint.

~~2. All persons or entities known or thought to have an interest in, or claim to the Defendant Account, having been given due notice of these proceedings, and none of those persons or entities having filed a claim, answer, or other response to the Complaint of any kind, the default of all persons having any interest in the Defendant Account is hereby noted.~~

3. The U.S. Department of Treasury, Internal Revenue Service, and their respective agents or contractors, shall dispose of the Defendant Account in accordance with all applicable laws and regulations.

~~4. The District Court shall retain jurisdiction over this action to enforce this Default Judgment and Decree of Forfeiture and Order for Delivery.~~

5. The Clerk of this Court shall forward four (4) certified copies of this Decree of Forfeiture and Order for Delivery to the United States Attorney for the Eastern District of New York, Attention: Alfred Pelargu, FSA Senior Law Clerk, 271 Cadman Plaza East, 7th Floor, Brooklyn, New York 11201.

Dated: Brooklyn, New York
_________________, 2026

SO ORDERED.

*/s/ Diane Gujarati*
DIANE GUJARATI
United States District Judge

Dated: September 10, 2026
Brooklyn, New York

SO ORDERED:

_______________________________
HONORABLE DIANE GUJARATI
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK